SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARNISH & GATHER, LLC,

    Plaintiff,

  -against-

TARGET CORPORATION, and
TARGET BRANDS, INC.,

    Defendants.

19-cv-10404 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    The plaintiff's motion for a temporary restraining order filed on November 11, 2019, ECF No. 6, is hereby denied without prejudice to refiling in compliance with the Court's individual rules. The docket clerk is directed to close both the motion for a temporary restraining order, ECF No. 6, and the motion for order to show cause, ECF No. 7.

    SO ORDERED.

Dated:  New York, NY
       November 22, 2019

                              JED S. RAKOFF, U.S.D.J.