UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARNISH & GATHER, LLC,

        Plaintiff,

-against-

TARGET CORPORATION, and
TARGET BRANDS, INC.

        Defendants.

19-cv-10404 (JSR)

MEMORANDUM ORDER

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 01/28/2020, plaintiff's motion for a preliminary injunction in the above-captioned case is denied.

SO ORDERED.

Dated: New York, NY

      January 28, 2020

                                      JED S. RAKOFF, U.S.D.J.