UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARNISH AND GATHER, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and TARGET BRANDS, INC.,<br><br>                    Defendants. | No. 1:19-cv-10404-JSR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Garnish and Gather, LLC and defendants Target Corporation and Target Brands, Inc., by and through their respective counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, together with any and all claims, counterclaims and affirmative defenses, with prejudice and without award of costs, expenses or fees to any party.

Dated: March 2, 2020

By: _____

Joseph M. Pastore III (JP1717)
PASTORE & DAILEY LLC
420 Lexington Avenue, 3rd Floor
New York, NY  10170
(845) 667-5711
jpastore@psdlaw.net

*Attorneys for Plaintiff Garnish and Gather, LLC*

Respectfully submitted:

By: _____

James R. Steffen (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000
james.steffen@faegredrinker.com

*Attorneys for Defendants Target Corporation and Target Brands, Inc.*

8

US.126821122.01

**SO ORDERED** on this _____ day of _____, 2020

_____

HONORABLE JED S. RAKOFF

UNITED STATES DISTRICT JUDGE

## CERTIFICATION

I certify that on March 2, 2020, the foregoing was served via first-class mail, U.S. Mail, postage prepaid, or e-mail upon all counsel of record as follows:

James R. Steffen (pro hac vice)
Peter M. Routhier (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612 766 8770
Fax: 612 766 1600
Email: james.steffen@FaegreDrinker.com
Email: peter.routhier@FaegreDrinker.com

Lita Beth Wright
AMINI LLC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
Telephone: 212.490.4700
Fax: 212.490.4208
Email: lbwright@aminillc.com

/s/
Joseph M. Pastore III